

**SO ORDERED.**

**SIGNED this 04 day of September, 2007.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

**IN RE:**

   **MAURICE LAHA WHITE**                            **07-00679-5-ATS**
                                                              **CHAPTER 13**

**NO PROTEST ORDER GRANTING RELIEF FROM
AUTOMATIC STAY AND CO-DEBTOR STAY**

     **THIS MATTER** coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina upon the motion of Saxon Mortgage Services for relief from the automatic stay and Co-Debtor stay regarding the Debtor's and Melinda White's ("Co-Debtor") real property located at 1676 Dyking Road, Kittrell, NC 27544;

     **AND IT APPEARING** to the Court that no party in interest has objected or filed any response to the relief requested by said motion and the time for doing so has expired;

     **AND IT FURTHER APPEARING** that for good cause shown relief from the automatic stay and codebtor stay should be granted to Saxon Mortgage Services, or any successor-in-interest, with respect to the Debtors' real property located at 1676 Dyking Road, Kittrell, NC 27544;

     **WHEREFORE, IT IS HEREBY ORDERED** that Saxon Mortgage Services, or any successor-in-interest, shall be granted relief from the automatic stay and codebtor stay and may proceed with foreclosure of the Debtors' real property located at 1676 Dyking Road, Kittrell, NC 27544;

     **IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Saxon Mortgage Services may immediately enforce and implement this order granting relief from the automatic stay.

02-40948

End of Document